337 F.2d 622
 COMPANIA DE MOTONAVES COSTA RICA, Appellant,
v.
L. A. CABRERA & CO., Ltd., Appellee.
 No. 21137.
 United States Court of Appeals Fifth Circuit.
 November 2, 1964.
 Rehearing Denied December 7, 1964.
 
 Appeal from the United States District Court for the Southern District of Florida; Emette C. Choate, Judge.
 Herbert Wall, Miami, Fla., Wall & Roth, Miami, Fla., for appellant.
 William C. Norwood, Miami, Fla., Fowler, White, Gillen, Humkey & Trenam, Miami, Fla., of counsel, for appellee.
 Before JONES and GEWIN, Circuit Judges, and ESTES, District Judge.
 PER CURIAM:
 
 
 1
 The questions here controverted are fact questions which were resolved by the district court. We find no error in its determination and its judgment is
 
 
 2
 Affirmed.